IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THOMAS HITCHCOCK                                                    PLAINTIFF

v.                              CASE NO. 3:24-CV-00175-BSM

BEELMAN TRUCK CO.; KELLY McHENRY;
and JOHN DOES 1-6                                                   DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of May, 2025.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE